# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Bryce Suchan,                              File No. 13-cv-3120 (DSD/TNL)

        Petitioner,

v.

                                           **ORDER**

Lucinda Jesson,
*Commissioner of Human Services,*

        Respondent.

---

Bryce Suchan, 2100 Sheppard Drive, St. Peter, MN 56082 (pro se); and

John L. Kirwin, Hennepin County Attorney's Office, 300 South 6th Street, Suite A-1200, Minneapolis, MN 55487 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 13, 2013 (Docket No. 1), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus (Docket No. 1) is **DENIED**;

2. This action is **DISMISSED**; and

3. Petitioner shall **NOT** be granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   January 21, 2014                          s/David S. Doty
                                                                   David S. Doty, Judge
                                                                    United States District Court